IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIK MARTINEZ

       Plaintiff,                            No. 2:09-cv-3443 KJN P

     vs.

BURGSON, et. al.,

       Defendants.                   <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding with counsel, seeks relief pursuant to 42 U.S.C. § 1983.  This case is before the undersigned pursuant to plaintiff's consent.  Dkt. No. 6. By an order filed January 6, 2010, plaintiff was ordered to file an in forma pauperis affidavit within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit.

////

////

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that this action be dismissed without
2 | prejudice.
3 | DATED: March 16, 2010

```
                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE
```

8 | mart3443.dism